FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY - 5 2017

JAMES W. McCORMACK, CLERK

By:_____
                    DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 4:17CR 00111 JM |
| | ) | |
| AARON LARAY CLARK, aka "BLACK" | ) | 21 U.S.C. § 846 |
| HECTOR SOTO | ) | 21 U.S.C. § 841(a)(1) |
| ELIJAH ALEXANDER, III | ) | 21 U.S.C. § 841(b)(1)(A) |
| JASON MICHAEL BANKS | ) | 21 U.S.C. § 841(b)(1)(B) |
| JOHN WEBSTER BATTON | ) | 21 U.S.C. § 841(b)(1)(C) |
| CARLOS EUGENE BURTON | ) | 21 U.S.C. § 843(b) |
| SHANNON ALLEN CATHEY | ) | 18 U.S.C. § 922(g)(1) |
| JEREMY DONTE CRAIG | ) | 18 U.S.C. § 924(c)(1)(A) |
| JABARI ZAKI CUMMINS | ) | 18 U.S.C. § 924(e) |
| ABREANA LARAY DANIELS | ) | 18 U.S.C. § 2 |
| LEKEDRIC M. DAVIS | ) | 18 U.S.C. § 924(d) |
| MARTIN DREW DEHAVEN | ) | 21 U.S.C. § 853(a) |
| KEVIN DWANE DIXON | ) | 28 U.S.C. § 2461(c) |
| ALICIA LAUREN FULLINGTON | ) | |
| JOSEPH JAMAR HANDY | ) | |
| DESMOND KENTRELL KELLEY | ) | |
| LOWELL JOHN LADD | ) | |
| HENRY LIONELL LEE, aka "RED" | ) | |
| ANTONIO L. LEWIS | ) | |
| DALVIN D. LEWIS | ) | |
| MARLON SHAWN MARBLEY, SR., | ) | |
|    aka "MOB" | ) | |
| JAMAL CORNELL MCCOY | ) | |
| KWESI OKANG MONTAGUE | ) | |
| RACHEL ELIZABETH MOORE | ) | |
| LUCAS TODD MURRAY | ) | |
| CHRISTOPHER S. NEWMAN, JR. | ) | |
| RODERICK O. RAINEY | ) | |
| BENSON DUBOIS SMITH | ) | |
| CHRISTOPHER FORSEAN SMITH | ) | |
| TIMOTHY DEWANN SMITH | ) | |
| LIONEL TIDWELL | ) | |
| DAVARIS DAQUANTE WHITEHEAD | ) | |
| BRYAN DESHAWN YOUNG | ) | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

## COUNT 1

From in or about December 2015, through in or about May 2017, in the Eastern District of

Arkansas and elsewhere, the defendants,

AARON LARAY CLARK, aka "BLACK,"
HECTOR SOTO,
ELIJAH ALEXANDER, III,
JASON MICHAEL BANKS,
JOHN WEBSTER BATTON,
CARLOS EUGENE BURTON,
SHANNON ALLEN CATHEY,
JEREMY DONTE CRAIG,
JABARI ZAKI CUMMINS,
ABREANA LARAY DANIELS,
LEKEDRIC M. DAVIS,
MARTIN DREW DEHAVEN,
ALICIA LAUREN FULLINGTON,
DESMOND KENTRELL KELLEY,
LOWELL JOHN LADD,
HENRY LIONELL LEE, aka "RED,"
ANTONIO L. LEWIS,
MARLON SHAWN MARBLEY, SR., aka "MOB,"
RACHEL ELIZABETH MOORE,
LUCAS TODD MURRAY,
RODERICK O. RAINEY,
TIMOTHY DEWANN SMITH, and
DAVARIS DAQUANTE WHITEHEAD,

conspired with each other and other persons known and unknown to the grand jury to knowingly

and intentionally possess with intent to distribute and to distribute a mixture and substance

containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21,

United States Code, Section 841(a)(1).

With respect to AARON LARAY CLARK, aka "BLACK," HECTOR SOTO, ANTONIO

L. LEWIS, LOWELL JOHN LADD, and RACHEL ELIZABETH MOORE, the amount involved

in the conspiracy attributable to each of them as a result of their own conduct, and the conduct of

other conspirators reasonably foreseeable to them, is 1 kilogram or more of a mixture and substance

containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(A).

With respect to ELIJAH ALEXANDER, III, JASON MICHAEL BANKS, JOHN WEBSTER BATTON, CARLOS EUGENE BURTON, SHANNON ALLEN CATHEY, JEREMY DONTE CRAIG, JABARI ZAKI CUMMINS, ABREANA LARAY DANIELS, LEKEDRIC M. DAVIS, MARTIN DREW DEHAVEN, ALICIA LAUREN FULLINGTON, DESMOND KENTRELL KELLEY, HENRY LIONELL LEE, aka "RED," MARLON SHAWN MARBLEY, SR., aka "MOB," LUCAS TODD MURRAY, RODERICK O. RAINEY, TIMOTHY DEWANN SMITH, and DAVARIS DAQUANTE WHITEHEAD, the amount involved in the conspiracy attributable to each of them as a result of their own conduct, and the conduct of other conspirators reasonably foreseeable to them, is at least 100 grams, but less than 1 kilogram, of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(B).

All in violation of Title 21, United States Code, Section 846.

## COUNT 2

From in or about December 2015, through in or about May 2017, in the Eastern District of Arkansas and elsewhere, the defendants,

AARON LARAY CLARK, aka "BLACK,"
HECTOR SOTO,
KEVIN DWANE DIXON,
DALVIN D. LEWIS,
JAMAL CORNELL MCCOY,
KWESI OKANG MONTAGUE,
CHRISTOPHER S. NEWMAN, JR.,
BENSON DUBOIS SMITH,
TIMOTHY DEWANN SMITH,
LIONEL TIDWELL,
BRYAN DESHAWN YOUNG,

conspired with each other and other persons known and unknown to the grand jury to knowingly and intentionally possess with intent to distribute and to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

With respect to AARON LARAY CLARK, aka "BLACK," HECTOR SOTO, KEVIN DWANE DIXON, DALVIN D. LEWIS, JAMAL CORNELL MCCOY, and TIMOTHY DEWANN SMITH, the amount involved in the conspiracy attributable to each of them as a result of their own conduct, and the conduct of other conspirators reasonably foreseeable to them, is 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(A).

With respect to KWESI OKANG MONTAGUE, CHRISTOPHER S. NEWMAN, JR., BENSON DUBOIS SMITH, LIONEL TIDWELL, and BRYAN DESHAWN YOUNG, the amount involved in the conspiracy attributable to each of them as a result of their own conduct, and the conduct of other conspirators reasonably foreseeable to them, is at least 500 grams, but less than 5 kilograms, of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(B).

All in violation of Title 21, United States Code, Section 846.

### COUNT 3

From in or about December 2015, through in or about May 2017, in the Eastern District of Arkansas and elsewhere, the defendants,

JOSEPH JAMAR HANDY,
CHRISTOPHER FORSEAN SMITH, and
TIMOTHY DEWANN SMITH,

conspired with each other, Antonio Lamont Malone, aka "Greenlight," Christopher Bernard Bell, aka "Boonie," and other persons known and unknown to the grand jury to knowingly and

intentionally possess with intent to distribute and to distribute a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

With respect to each defendant, the amount involved in the conspiracy attributable to each of them as a result of their own conduct, and the conduct of other conspirators reasonably foreseeable to them, is 280 grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(A).

## COUNT 4

On or about July 5, 2016, in the Eastern District of Arkansas, the defendant,

AARON LARAY CLARK, aka "BLACK,"

knowingly and intentionally distributed a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 5

On or about July 25, 2016, in the Eastern District of Arkansas, the defendant,

AARON LARAY CLARK, aka "BLACK,"

knowingly and intentionally distributed a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 6

On or about September 27, 2016, in the Eastern District of Arkansas, the defendant,

AARON LARAY CLARK, aka "BLACK,"

knowingly and intentionally distributed a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 7

On or about October 3, 2016, in the Eastern District of Arkansas, the defendant,

### AARON LARAY CLARK, aka "BLACK,"

knowingly and intentionally distributed a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 8

On or about November 17, 2016, in the Eastern District of Arkansas, the defendant,

### AARON LARAY CLARK, aka "BLACK,"

knowingly and intentionally possessed with the intent to distribute at least 100 grams, but less than 1 kilogram, of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT 9

On or about November 17, 2016, in the Eastern District of Arkansas, the defendant,

### AARON LARAY CLARK, aka "BLACK,"

knowingly possessed one or more of the following firearms, to wit: a Kriss USA Inc., .45 caliber pistol, bearing serial number 45C007734; a Kriss USA Inc., .45 caliber pistol, bearing serial number 45P001200; an Armi Sport Di Chiappa, model Rhino, .357 caliber revolver, bearing serial number RH07982; a Ruger, model Super RedHawk Alaskan, .45 Colt/.454 Casull caliber revolver, bearing serial number 530-07229; an Unknown Manufacturer, SKS-style, 7.62x39 caliber rifle, bearing serial

number D-74672; and an FN Herstal, model Five-Seven, 5.7x28 caliber pistol, bearing serial number 386297705; in furtherance of a drug-trafficking crime for which the defendant may be prosecuted in a court of the United States, namely, a violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), as further set forth in Count 8 of this Indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT 10

A.     Prior to November 17, 2016, the defendant,

AARON LARAY CLARK, aka "BLACK,"

had previously been convicted of the following crimes:

1.     Manufacture/Delivery/Possession of marijuana, in the Circuit Court of Faulkner County, Arkansas, Case No. CR 2002-1089, on or about June 17, 2003; and

2.     Possession with intent to distribute cocaine, in the United States District Court for the Eastern District of Texas, Case No. 5:02CR00026-002, on or about May 3, 2003.

B.     The crimes set forth above in paragraph A were punishable by a term of imprisonment exceeding one year.

C.     On or about November 17, 2016, in the Eastern District of Arkansas, the defendant,

AARON LARAY CLARK, aka "BLACK,"

did knowingly possess, in and affecting commerce, one or more of the following firearms, to wit: a Kriss USA Inc., .45 caliber pistol, bearing serial number 45C007734; a Kriss USA Inc., .45 caliber pistol, bearing serial number 45P001200; an Armi Sport Di Chiappa, model Rhino, .357 caliber revolver, bearing serial number RH07982; a Ruger, model Super RedHawk Alaskan, .45 Colt/.454 Casull caliber revolver, bearing serial number 530-07229; and an FN Herstal, model Five-Seven, 5.7x28 caliber pistol, bearing serial number 386297705; in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 11

On or about September 29, 2016, in the Eastern District of Arkansas, the defendant,

ELIJAH ALEXANDER, III,

knowingly and intentionally distributed 50 grams or more of methamphetamine (actual), a Schedule

II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and

841(b)(1)(A).

## COUNT 12

On or about November 14, 2016, in the Eastern District of Arkansas, the defendants,

ELIJAH ALEXANDER, III, and DESMOND KENTRELL KELLEY,

aiding and abetting one another, knowingly and intentionally distributed a mixture and substance

containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21,

United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT 13

On or about November 14, 2016, in the Eastern District of Arkansas, the defendant,

ELIJAH ALEXANDER, III,

knowingly and intentionally possessed with the intent to distribute a mixture and substance

containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21,

United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 14

On or about February 28, 2017, in the Eastern District of Arkansas, the defendant,

JASON MICHAEL BANKS,

knowingly and intentionally possessed with the intent to distribute a mixture and substance

containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21,

United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 15

On or about December 14, 2016, in the Eastern District of Arkansas, the defendant,

SHANNON ALLEN CATHEY,

knowingly and intentionally possessed with the intent to distribute a mixture and substance

containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21,

United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 16

On or about December 14, 2016, in the Eastern District of Arkansas, the defendant,

SHANNON ALLEN CATHEY,

knowingly possessed a firearm, to wit: a Beretta, Model BU9 Nano, 9mm pistol, bearing serial

number NU062816, in furtherance of a drug-trafficking crime for which the defendant may be

prosecuted in a court of the United States, namely, a violation of Title 21, United States Code,

Sections 841(a)(1) and 841(b)(1)(C), as further set forth in Count 15 of this Indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT 17

A.      Prior to December 14, 2016, the defendant,

SHANNON ALLEN CATHEY,

had previously been convicted of the following crimes:

1.      Theft by receiving, in the Circuit Court of Pulaski County, Arkansas, Case

No. CR 2006-003873, on or about December 4, 2006;

2.      Theft by receiving, in the Circuit Court of Pulaski County, Arkansas, Case

No. CR 2006-004612, on or about December 4, 2006;

3.      Possession of a controlled substance (cocaine), in the Circuit Court of Saline

County, Arkansas, Case No. CR 1999-127-3, on or about February 18, 2003; and

9

4. Possession of a firearm by certain persons, in the Circuit Court of Pulaski County, Arkansas, Case No. 1998-003551, on or about June 4, 2001.

B. The crimes set forth above in paragraph A were punishable by a term of imprisonment exceeding one year.

C. On or about December 14, 2016, in the Eastern District of Arkansas, the defendant,

SHANNON ALLEN CATHEY,

did knowingly possess, in and affecting commerce, the following firearm, to wit: a Beretta, Model BU9 Nano, 9mm pistol, bearing serial number NU062816, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 18

On or about May 2, 2017, in the Eastern District of Arkansas, the defendant,

SHANNON ALLEN CATHEY,

knowingly and intentionally possessed with the intent to distribute a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 19

On or about May 2, 2017, in the Eastern District of Arkansas, the defendant,

SHANNON ALLEN CATHEY,

knowingly and intentionally possessed with the intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 20

On or about February 28, 2016, in the Eastern District of Arkansas, the defendant,

JABARI ZAKI CUMMINS,

knowingly and intentionally possessed with the intent to distribute at least 100 grams, but less than 1 kilogram, of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT 21

On or about February 28, 2016, in the Eastern District of Arkansas, the defendant,

### JABARI ZAKI CUMMINS,

knowingly and intentionally possessed with the intent to distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 22

On or about February 28, 2016, in the Eastern District of Arkansas, the defendant,

### JABARI ZAKI CUMMINS,

knowingly and intentionally possessed with the intent to a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 23

On or about December 5, 2016, in the Eastern District of Arkansas, the defendant,

### LEKEDRIC M. DAVIS,

knowingly and intentionally distributed a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 24

On or about December 5, 2016, in the Eastern District of Arkansas, the defendant,

LEKEDRIC M. DAVIS,

knowingly possessed a firearm in furtherance of a drug-trafficking crime for which the defendant

may be prosecuted in a court of the United States, namely, a violation of Title 21, United States

Code, Sections 841(a)(1) and 841(b)(1)(C), as further set forth in Count 23 of this Indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

### COUNT 25

On or about October 13, 2016, in the Eastern District of Arkansas, the defendants,

ALICIA LAUREN FULLINGTON and LUCAS TODD MURRAY,

aiding and abetting one another, knowingly and intentionally possessed with the intent to distribute

a mixture and substance containing a detectable amount of heroin, a Schedule I controlled

substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C), and Title

18, United States Code, Section 2.

### COUNT 26

On or about September 7, 2016, in the Eastern District of Arkansas, the defendant,

JOSEPH JAMAR HANDY,

knowingly and intentionally possessed with the intent to distribute a mixture and substance

containing a detectable amount of cocaine base, a Schedule II controlled substance, in violation of

Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

### COUNT 27

On or about October 19, 2016, in the Eastern District of Arkansas, the defendant,

HENRY LIONELL LEE, aka "RED,"

knowingly and intentionally distributed a mixture and substance containing a detectable amount of

heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section

841(a)(1) and 841(b)(1)(C).

### COUNT 28

On or about April 18, 2017, in the Eastern District of Arkansas, the defendant,

HENRY LIONELL LEE, aka "RED,"

knowingly and intentionally possessed with the intent to distribute at least 100 grams, but less than 1

kilogram, of a mixture and substance containing a detectable amount of heroin, a Schedule I

controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(B).

### COUNT 29

On or about April 18, 2017, in the Eastern District of Arkansas, the defendant,

HENRY LIONELL LEE, aka "RED,"

knowingly and intentionally possessed with the intent to distribute more than 50 grams of

methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States

Code, Sections 841(a)(1) and 841(b)(1)(A).

### COUNT 30

On or about April 18, 2017, in the Eastern District of Arkansas, the defendant,

HENRY LIONELL LEE, aka "RED,"

knowingly and intentionally possessed with the intent to distribute a mixture and substance

containing a detectable amount of cocaine base, a Schedule II controlled substance, in violation of

Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

### COUNT 31

On or about April 18, 2017, in the Eastern District of Arkansas, the defendant,

HENRY LIONELL LEE, aka "RED,"

knowingly and intentionally possessed with the intent to distribute a mixture and substance

containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title

21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 32

On or about April 18, 2017, in the Eastern District of Arkansas, the defendant,

HENRY LIONELL LEE, aka "RED,"

knowingly possessed one or more of the following firearms, to wit: a Grendel, .22 caliber pistol,

bearing serial number 009816, and a Kodiak, Model Denali, .380 caliber pistol, bearing serial number

K04271, in furtherance of a drug-trafficking crime for which the defendant may be prosecuted in a

court of the United States, namely, a violations of Title 21, United States Code, Sections 841(a)(1),

841(b)(1)(A), 841(b)(1)(B), and 841(b)(1)(C), as further set forth in Counts 28, 29, 30, and 31 of this

Indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT 33

A.      Prior to April 18, 2017, the defendant,

HENRY LIONELL LEE, aka "RED,"

had previously been convicted of the following crimes:

1.      Possession of a controlled substance with intent to deliver (cocaine), in the

Circuit Court of Jackson County, Arkansas, Case No. CR 2010-46, on or about August 5, 2010;

2.      Possession of a controlled substance with intent to deliver (cocaine),

possession of a controlled substance with intent to deliver (marijuana), possession of drug

paraphernalia with the intent to use, and possession of a firearm by certain persons, in the Circuit

Court of Jackson County, Arkansas, Case No. CR 2008-45, on or about December 4, 2008;

3.      Possession of a controlled substance with intent to deliver (alprazolam) and

possession of drug paraphernalia with intent to use, in the Circuit Court of Jackson County,

Arkansas, Case No. 2006-06, on or about December 4, 2008;

4.      Tampering with physical evidence, possession of a controlled substance (cocaine), possession of a controlled substance (hydrocodone), possession of a controlled substance (ecstasy), possession of a controlled substance (methadone), and possession of a controlled substance (Xanax), in the Circuit Court of Jackson County, Arkansas, in Case No. 2005-263, on or about December 4, 2008.

B.      The crimes set forth above in paragraph A were punishable by a term of imprisonment exceeding one year.

C.      On or about April 18, 2017, in the Eastern District of Arkansas, the defendant,

HENRY LIONELL LEE, aka "RED,"

did knowingly possess, in and affecting commerce, one or more of the following firearms, to wit: a Grendel, .22 caliber pistol, bearing serial number 009816, and a Kodiak, Model Denali, .380 caliber pistol, bearing serial number K04271, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 34

On or about November 17, 2016, in the Eastern District of Arkansas, the defendant,

TIMOTHY DEWANN SMITH,

knowingly and intentionally possessed with the intent to distribute at least 5 grams, but less than 50 grams, of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT 35

On or about November 17, 2016, in the Eastern District of Arkansas, the defendant,

TIMOTHY DEWANN SMITH,

knowingly and intentionally possessed with the intent to distribute a mixture and substance

containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21,

United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 36

On or about November 17, 2016, in the Eastern District of Arkansas, the defendant,

TIMOTHY DEWANN SMITH,

knowingly possessed a firearm, to wit: a Keltec, CNC Industries, Inc., Model P32, .32 caliber pistol,

bearing serial number 60443, in furtherance of a drug-trafficking crime for which the defendant may

be prosecuted in a court of the United States, namely, violations of Title 21, United States Code,

Sections 841(a)(1), 841(b)(1)(B), and 841(b)(1)(C), as further set forth in Counts 34 and 35 of this

Indictment.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT 37

A.      Prior to November 17, 2016, the defendant,

TIMOTHY DEWANN SMITH,

had previously been convicted of the following crimes:

1.      Possession of a controlled substance with purpose to deliver and possession

of a controlled substance (not methamphetamine/cocaine), in the Circuit Court of Pulaski County,

Arkansas, Case No. CR 2015-0980, on or about May 16, 2016;

2.      Simultaneous possession of drugs and firearms and possession of a

controlled substance, in the Circuit Court of Pulaski County, Arkansas, Case No. CR 2013-2810, on

or about May 16, 2015; and

3.      Simultaneous possession of drugs and firearms and unauthorized use of another person's property to facilitate certain crimes, in the Circuit Court of Pulaski County, Arkansas, Case No. 2011-1485, on or about July 24, 2013.

B.      The crimes set forth above in paragraph A were punishable by a term of imprisonment exceeding one year.

C.      On or about November 17, 2016, in the Eastern District of Arkansas, the defendant,

TIMOTHY DEWANN SMITH,

did knowingly possess, in and affecting commerce, the following firearm, to wit: a Keltec, CNC Industries, Inc., Model P32, .32 caliber pistol, bearing serial number 60443, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT 38

On or about December 16, 2016, in the Eastern District of Arkansas, the defendant,

DAVARIS DAQUANTE WHITEHEAD,

knowingly and intentionally possessed with the intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 39

On or about September 21, 2016, in the Eastern District of Arkansas, the defendant,

AARON LARAY CLARK, aka "BLACK,"

knowingly and intentionally used a communication facility, to wit:  a telephone, in committing, causing, and facilitating conspiracy to possess with intent to distribute and to distribute a controlled substance, in violation of Title 21, United States Code, Section 846, as set forth in Counts 1 and 2 of this Indictment.

In violation of Title 21, United States Code, Section 843(b).

## COUNT 40

On or about October 25, 2016, in the Eastern District of Arkansas, the defendant,

HECTOR SOTO,

knowingly and intentionally used a communication facility, to wit:  a telephone, in committing, causing, and facilitating conspiracy to possess with intent to distribute and to distribute a controlled substance, in violation of Title 21, United States Code, Section 846, as set forth in Counts 1 and 2 of this Indictment.

In violation of Title 21, United States Code, Section 843(b).

## COUNT 41

On or about November 3, 2016, in the Eastern District of Arkansas, the defendant,

ELIJAH ALEXANDER, III,

knowingly and intentionally used a communication facility, to wit:  a telephone, in committing, causing, and facilitating conspiracy to possess with intent to distribute and to distribute a controlled substance, in violation of Title 21, United States Code, Section 846, as set forth in Count 1 of this Indictment.

In violation of Title 21, United States Code, Section 843(b).

## COUNT 42

On or about November 11, 2016, in the Eastern District of Arkansas, the defendant,

CARLOS EUGENE BURTON,

knowingly and intentionally used a communication facility, to wit:  a telephone, in committing, causing, and facilitating conspiracy to possess with intent to distribute and to distribute a controlled substance, in violation of Title 21, United States Code, Section 846, as set forth in Count 1 of this Indictment.

In violation of Title 21, United States Code, Section 843(b).

## COUNT 43

On or about September 28, 2016, in the Eastern District of Arkansas, the defendant,

JEREMY DONTE CRAIG,

knowingly and intentionally used a communication facility, to wit: a telephone, in committing,

causing, and facilitating conspiracy to possess with intent to distribute and to distribute a controlled

substance, in violation of Title 21, United States Code, Section 846, as set forth in Count 1 of this

Indictment.

In violation of Title 21, United States Code, Section 843(b).

## COUNT 44

On or about November 9, 2016, in the Eastern District of Arkansas, the defendant,

JABARI ZAKI CUMMINS,

knowingly and intentionally used a communication facility, to wit: a telephone, in committing,

causing, and facilitating conspiracy to possess with intent to distribute and to distribute a controlled

substance, in violation of Title 21, United States Code, Section 846, as set forth in Count 1 of this

Indictment.

In violation of Title 21, United States Code, Section 843(b).

## COUNT 45

On or about November 5, 2016, in the Eastern District of Arkansas, the defendant,

ABREANA LARAY DANIELS,

knowingly and intentionally used a communication facility, to wit: a telephone, in committing,

causing, and facilitating conspiracy to possess with intent to distribute and to distribute a controlled

substance, in violation of Title 21, United States Code, Section 846, as set forth in Count 1 of this

Indictment.

In violation of Title 21, United States Code, Section 843(b).

## COUNT 46

On or about November 2, 2016, in the Eastern District of Arkansas, the defendant,

LEKEDRIC M. DAVIS,

knowingly and intentionally used a communication facility, to wit: a telephone, in committing,

causing, and facilitating conspiracy to possess with intent to distribute and to distribute a controlled

substance, in violation of Title 21, United States Code, Section 846, as set forth in Count 1 of this

Indictment.

In violation of Title 21, United States Code, Section 843(b).

## COUNT 47

On or about October 24, 2016, in the Eastern District of Arkansas, the defendant,

KEVIN DWANE DIXON,

knowingly and intentionally used a communication facility, to wit: a telephone, in committing,

causing, and facilitating conspiracy to possess with intent to distribute and to distribute a controlled

substance, in violation of Title 21, United States Code, Section 846, as set forth in Count 2 of this

Indictment.

In violation of Title 21, United States Code, Section 843(b).

## COUNT 48

On or about November 2, 2016, in the Eastern District of Arkansas, the defendant,

ALICIA LAUREN FULLINGTON,

knowingly and intentionally used a communication facility, to wit: a telephone, in committing,

causing, and facilitating conspiracy to possess with intent to distribute and to distribute a controlled

substance, in violation of Title 21, United States Code, Section 846, as set forth in Count 1 of this

Indictment.

In violation of Title 21, United States Code, Section 843(b).

## COUNT 49

On or about July 10, 2016, in the Eastern District of Arkansas, the defendant,

JOSEPH JAMAR HANDY,

knowingly and intentionally used a communication facility, to wit: a telephone, in committing, causing, and facilitating conspiracy to possess with intent to distribute and to distribute a controlled substance, in violation of Title 21, United States Code, Section 846, as set forth in Count 3 of this Indictment.

In violation of Title 21, United States Code, Section 843(b).

## COUNT 50

On or about October 21, 2016, in the Eastern District of Arkansas, the defendant,

DESMOND KENTRELL KELLEY,

knowingly and intentionally used a communication facility, to wit: a telephone, in committing, causing, and facilitating conspiracy to possess with intent to distribute and to distribute a controlled substance, in violation of Title 21, United States Code, Section 846, as set forth in Count 1 of this Indictment.

In violation of Title 21, United States Code, Section 843(b).

## COUNT 51

On or about September 30, 2016, in the Eastern District of Arkansas, the defendant,

LOWELL JOHN LADD,

knowingly and intentionally used a communication facility, to wit: a telephone, in committing, causing, and facilitating conspiracy to possess with intent to distribute and to distribute a controlled substance, in violation of Title 21, United States Code, Section 846, as set forth in Count 1 of this Indictment.

In violation of Title 21, United States Code, Section 843(b).

## COUNT 52

On or about November 6, 2016, in the Eastern District of Arkansas, the defendant,

HENRY LIONELL LEE, aka "RED,"

knowingly and intentionally used a communication facility, to wit: a telephone, in committing, causing, and facilitating conspiracy to possess with intent to distribute and to distribute a controlled substance, in violation of Title 21, United States Code, Section 846, as set forth in Count 1 of this Indictment.

In violation of Title 21, United States Code, Section 843(b).

## COUNT 53

On or about October 24, 2016, in the Eastern District of Arkansas, the defendant,

ANTONIO L. LEWIS,

knowingly and intentionally used a communication facility, to wit: a telephone, in committing, causing, and facilitating conspiracy to possess with intent to distribute and to distribute a controlled substance, in violation of Title 21, United States Code, Section 846, as set forth in Count 1 of this Indictment.

In violation of Title 21, United States Code, Section 843(b).

## COUNT 54

On or about October 31, 2016, in the Eastern District of Arkansas, the defendant,

DALVIN D. LEWIS,

knowingly and intentionally used a communication facility, to wit: a telephone, in committing, causing, and facilitating conspiracy to possess with intent to distribute and to distribute a controlled substance, in violation of Title 21, United States Code, Section 846, as set forth in Count 2 of this Indictment.

In violation of Title 21, United States Code, Section 843(b).

## COUNT 55

On or about September 22, 2016, in the Eastern District of Arkansas, the defendant,

MARLON SHAWN MARBLEY, SR., aka "MOB,"

knowingly and intentionally used a communication facility, to wit: a telephone, in committing, causing, and facilitating conspiracy to possess with intent to distribute and to distribute a controlled substance, in violation of Title 21, United States Code, Section 846, as set forth in Count 1 of this Indictment.

In violation of Title 21, United States Code, Section 843(b).

## COUNT 56

On or about October 26, 2016, in the Eastern District of Arkansas, the defendant,

JAMAL CORNELL MCCOY,

knowingly and intentionally used a communication facility, to wit: a telephone, in committing, causing, and facilitating conspiracy to possess with intent to distribute and to distribute a controlled substance, in violation of Title 21, United States Code, Section 846, as set forth in Count 2 of this Indictment.

In violation of Title 21, United States Code, Section 843(b).

## COUNT 57

On or about, October 22, 2016, in the Eastern District of Arkansas, the defendant,

KWESI OKANG MONTAGUE,

knowingly and intentionally used a communication facility, to wit: a telephone, in committing, causing, and facilitating conspiracy to possess with intent to distribute and to distribute a controlled substance, in violation of Title 21, United States Code, Section 846, as set forth in Count 2 of this Indictment.

In violation of Title 21, United States Code, Section 843(b).

## COUNT 58

On or about September 23, 2016, in the Eastern District of Arkansas, the defendant,

RACHEL ELIZABETH MOORE,

knowingly and intentionally used a communication facility, to wit:  a telephone, in committing, causing, and facilitating conspiracy to possess with intent to distribute and to distribute a controlled substance, in violation of Title 21, United States Code, Section 846, as set forth in Count 1 of this Indictment.

In violation of Title 21, United States Code, Section 843(b).

## COUNT 59

On or about October 23, 2016, in the Eastern District of Arkansas, the defendant,

LUCAS TODD MURRAY,

knowingly and intentionally used a communication facility, to wit:  a telephone, in committing, causing, and facilitating conspiracy to possess with intent to distribute and to distribute a controlled substance, in violation of Title 21, United States Code, Section 846, as set forth in Count 1 of this Indictment.

In violation of Title 21, United States Code, Section 843(b).

## COUNT 60

On or about August 28, 2016, in the Eastern District of Arkansas, the defendant,

CHRISTOPHER S. NEWMAN, JR.,

knowingly and intentionally used a communication facility, to wit:  a telephone, in committing, causing, and facilitating conspiracy to possess with intent to distribute and to distribute a controlled substance, in violation of Title 21, United States Code, Section 846, as set forth in Count 2 of this Indictment.

In violation of Title 21, United States Code, Section 843(b).

## COUNT 61

On or about November 2, 2016, in the Eastern District of Arkansas, the defendant,

RODERICK O. RAINEY,

knowingly and intentionally used a communication facility, to wit: a telephone, in committing, causing, and facilitating conspiracy to possess with intent to distribute and to distribute a controlled substance, in violation of Title 21, United States Code, Section 846, as set forth in Count 1 of this Indictment.

In violation of Title 21, United States Code, Section 843(b).

## COUNT 62

On or about August 27, 2016, in the Eastern District of Arkansas, the defendant,

BENSON DUBOIS SMITH,

knowingly and intentionally used a communication facility, to wit: a telephone, in committing, causing, and facilitating conspiracy to possess with intent to distribute and to distribute a controlled substance, in violation of Title 21, United States Code, Section 846, as set forth in Count 2 of this Indictment.

In violation of Title 21, United States Code, Section 843(b).

## COUNT 63

On or about September 7, 2016, in the Eastern District of Arkansas, the defendant,

CHRISTOPHER FORSEAN SMITH,

knowingly and intentionally used a communication facility, to wit: a telephone, in committing, causing, and facilitating conspiracy to possess with intent to distribute and to distribute a controlled substance, in violation of Title 21, United States Code, Section 846, as set forth in Count 3 of this Indictment.

In violation of Title 21, United States Code, Section 843(b).

## COUNT 64

On or about August 15, 2016, in the Eastern District of Arkansas, the defendant,

TIMOTHY DEWANN SMITH,

knowingly and intentionally used a communication facility, to wit:  a telephone, in committing, causing, and facilitating conspiracy to possess with intent to distribute and to distribute a controlled substance, in violation of Title 21, United States Code, Section 846, as set forth in Count 2 of this Indictment.

In violation of Title 21, United States Code, Section 843(b).

## COUNT 65

On or about October 25, 2016, in the Eastern District of Arkansas, the defendant,

LIONEL TIDWELL,

knowingly and intentionally used a communication facility, to wit:  a telephone, in committing, causing, and facilitating conspiracy to possess with intent to distribute and to distribute a controlled substance, in violation of Title 21, United States Code, Section 846, as set forth in Count 2 of this Indictment.

In violation of Title 21, United States Code, Section 843(b).

## COUNT 66

On or about November 1, 2016, in the Eastern District of Arkansas, the defendant,

DAVARIS DAQUANTE WHITEHEAD,

knowingly and intentionally used a communication facility, to wit:  a telephone, in committing, causing, and facilitating conspiracy to possess with intent to distribute and to distribute a controlled substance, in violation of Title 21, United States Code, Section 846, as set forth in Count 1 of this Indictment.

In violation of Title 21, United States Code, Section 843(b).

## COUNT 67

On or about August 29, 2016, in the Eastern District of Arkansas, the defendant,

BRYAN DESHAWN YOUNG,

knowingly and intentionally used a communication facility, to wit:  a telephone, in committing, causing, and facilitating conspiracy to possess with intent to distribute and to distribute a controlled substance, in violation of Title 21, United States Code, Section 846, as set forth in Count 2 of this Indictment.

In violation of Title 21, United States Code, Section 843(b).

## FORFEITURE ALLEGATION 1

Upon conviction of one or more of the offenses alleged in Counts 1, 2, 4, 5, 6, 7, 8, 9, 10 and 39 of this Indictment, the defendant,

AARON LARAY CLARK, aka "BLACK,"

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d), 21 U.S.C. § 853(a), and 28 U.S.C. § 2461(c), any property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as the result of the offense; all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense; and, all firearms and ammunition involved in the commission of the offense, including but not limited to the following:

(1)     $101,385.00 in United States Currency;

(2)     $10,582.00 in United States Currency;

(3)     $6,714.00 in United States Currency;

(4)     One (1) yellow gold and diamond necklace, stamped 10 kt., 32 inches in length with approximately 130 links, 40 of the links are set with 7 diamonds each in a round pattern;

(5)     a 2006 Toyota Avalon, bearing VIN number 4T1BK36B76U114720;

(6)   a 2016 Dodge Charger Hellcat, bearing VIN number 2C3CDXL95GH172717;

(7)   a Kriss USA Inc., .45 caliber pistol, bearing serial number 45C007734;

(8)   a Kriss USA Inc., .45 caliber pistol, bearing serial number 45P001200;

(9)   an Armi Sport Di Chiappa, model Rhino, .357 caliber revolver, bearing serial number RH07982;

(10)  a Ruger, model Super RedHawk Alaskan, .45 Colt/.454 Casull caliber revolver, bearing serial number 530-07229;

(11)  an Unknown Manufacturer, SKS-style, 7.62x39 caliber rifle, bearing serial number D-74672;

(12)  an FN Herstal, model Five-Seven, 5.7x28 caliber pistol, bearing serial number 386297705; and

(13)  Assorted ammunition.

## FORFEITURE ALLEGATION 2

Upon conviction of one or more of the offenses alleged in Counts 1, 11, 12, 13, and 41 of this Indictment, the defendant,

ELIJAH ALEXANDER, III,

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d), 21 U.S.C. § 853(a), and 28 U.S.C. § 2461(c), all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense, including but not limited to the following:

(1)   Keltec, model PLR16, 5.56 caliber pistol, bearing serial number P5VO2; and

(2)   One (1) 2007 Infinity, bearing VIN number JNKAY01E67M311828.

## FORFEITURE ALLEGATION 3

Upon conviction of one or more of the offenses alleged in Counts 1, 23, and 46 of this Indictment, the defendant,

LEKEDRIC M. DAVIS,

shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a), any property constituting, or

derived from, any proceeds the person obtained, directly or indirectly, as the result of the offense,

including but not limited to $7,920.00 in United States Currency.

## FORFEITURE ALLEGATION 4

Upon conviction of one or more of the offenses alleged in Counts 1, 27, 28, 29, 30, 31, 32,

33, and 52 of this Indictment, the defendant,

HENRY LIONELL LEE, aka "RED,"

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d), 21 U.S.C. § 853(a), and 28 U.S.C. §

2461(c), any property constituting, or derived from, any proceeds the person obtained, directly or

indirectly, as the result of the offense; all property used, or intended to be used, in any manner or

part, to commit, or to facilitate the commission of the offense; and, all firearms and ammunition

involved in the commission of the offense, including but not limited to the following:

(1) $6,000 in United States Currency;

(2) a Grendel, .22 caliber pistol, bearing serial number 009816;

(3) a Kodiak, Model Denali, .380 caliber pistol, bearing serial number K04271; and

(4) Assorted ammunition.

## FORFEITURE ALLEGATION 5

Upon conviction of one or more of the offenses alleged in Counts 2 and 60 of this

Indictment, the defendant,

CHRISTOPHER S. NEWMAN, JR.,

shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a), any property constituting, or

derived from, any proceeds the person obtained, directly or indirectly, as the result of the offense,

including but not limited to $4,019.00 in United States Currency.

## **FORFEITURE ALLEGATION 6**

Upon conviction of one or more of the offenses alleged in Counts 3 and 63 of this Indictment, the defendant,

CHRISTOPHER FORSEAN SMITH,

shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a), any property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as the result of the offense, including but not limited to $1,740.00 in United States Currency.

## **FORFEITURE ALLEGATION 7**

Upon conviction of one or more of the offenses alleged in Counts 1, 2, 3, 34, 35, 36, 37 and 64 of this Indictment, the defendant,

TIMOTHY DEWANN SMITH,

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d), 21 U.S.C. § 853(a), and 28 U.S.C. § 2461(c), any property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as the result of the offense; and, all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense, including but not limited to the following:

(1) $4,000.00 in United States Currency and

(2) $1238.00 in United States Currency.

[End of Text.  Signature page attached.]