# UNITED STATES DISTRICT COURT
Eastern District of Arkansas

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 26 2017

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

United States of America

v.

Alicia Lauren Fullington

*Defendant*

Case No.: 4:17CR00111-14 JM

1709-0509-B1020-J

2017 MAY -8 PH 2:05
U.S. Marshal
Eastern Arkansas
Received

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   **Alicia Lauren Fullington**

who is accused of an offense or violation based on the following document filed with the court:

[X] Indictment  [ ] Superseding Indictment  [ ] Information  [ ] Superseding Information  [ ] Complaint
[ ] Probation Violation Petition  [ ] Supervised Release Violation Petition  [ ] Violation Notice  [ ] Order of the Court

This offense is briefly described as follows: **Conspiracy to possess with intent to distribute and to distribute a controlled substance (heroin), Possession with intent to distribute a controlled substance (heroin), Use of a telephone to facilitate a drug-trafficking crime, as further explained in the attached documents.**

Date: May 8, 2017

_____
*Issuing officer's signature*

City and state:   Little Rock, Arkansas

**JAMES W. MCCORMACK, CLERK**
*Printed name and title*

### Return

This warrant was received on *(date)* __5-24-17__ , and the person was arrested on *(date)* __5-24-17__
at *(city and state)*   __LITTLE ROCK, AR__ .

Date: __5-24-17__

_____
*Arresting officer's signature*

__A. DRAPER   DUSM__
*Printed name and title*