**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**UNITED STATES OF AMERICA**                                       **PLAINTIFF**

v.                           No. 4:17cr00111 JM

**JASON MICHAEL BANKS (4)**                              **DEFENDANTS**
**JOHN WEBSTER BATTON (5)**
**CARLOS EUGENE BURTON (6)**
**JEREMY DONTE CRAIG (8)**
**ABREANA LARAY DANIELS (10)**
**MARTIN DREW DEHAVEN (12)**
**KEVIN DWANE DIXON (13)**
**ALICIA LAUREN FULLINGTON (14)**
**JOSEPH JAMAR HANDY (15)**
**DESMOND KENTRELL KELLEY (16)**
**LOWELL JOHN LADD (17)**
**HENRY LIONELL LEE (18)**
**ANTONIO L. LEWIS (19)**
**DALVIN D. LEWIS (20)**
**MARLON SHAWN MARBLEY (21)**
**JAMAL CORNELL MCCOY (22)**
**KWESI OKANG MONTAGUE (23)**
**RACHEL ELIZABETH MOORE (24)**
**RODERICK O. RAINEY (27)**
**BENSON DUBOIS SMITH (28)**
**CHRISTOPHER FORSEAN SMITH (29)**
**TIMOTHY DEWANN SMITH (30)**
**DAVARIS DAQUANTE WHITEHEAD (32)**

**GENERAL CRIMINAL SCHEDULING ORDER**

This case has been continued and re-set for trial on **July 16, 2018**. The Court orders the following schedule to move this case forward fairly and efficiently to a prompt resolution.

- **Thirty Days Before Trial Date** - File a Joint Report answering these questions:

    1. Is this case ready for trial or a plea?

    2. If trial-ready, how many six-hour days are needed?

    3. If a party intends to seek a continuance, how long a delay will be requested and why?

- **Twenty-One Days Before Trial Date** - In trial-ready cases, file any pre-trial motions **and** file notice of submitting proposed jury instructions to chambers. Focus on and submit only elements instructions, citing models and authority; the Court will use standard introductory and closing instructions. A response to any motion is due seven calendar days after the motion is filed.

- **Fifteen Days Before Trial Date** - In cases that are not trial- ready or where a guilty plea will be offered, do one of two things:

    1. Get a plea date set with chambers and submit the proposed plea agreement to chambers; or

    2. File a motion for continuance.

IT IS SO ORDERED this 21st day of June, 2018.

_____
James M. Moody Jr.
United States District Judge